IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 3:18-CR-334-K |
| | § | |
| GILBERTO GONZALEZ, JR | § | |
| | § | |
| Defendant | | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court referred the request for revocation of Defendant's Supervised Release

to United States Magistrate Judge Rebecca Rutherford for consideration.  The Court

has received the Report and Recommendation of the United States Magistrate Judge

pursuant to its order.  Defendant having waived allocution before this Court as well as

his right to object to the Report and Recommendation of the United States Magistrate

Judge, the Court is of the opinion that the findings and conclusions of the Magistrate

Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as

the opinion and findings of the Court.  It is further **ORDERED** that the Defendant be

PAGE 1

committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight

months.   No term of Supervised Release to follow.

SO ORDERED.

Signed October 19th, 2021.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE

PAGE 2